UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
ALAMEDA DIVISION

| | |
|---|---|
| STEVEN MARQUISS, | Case No.: 10-cv-02327-BZ |
| Plaintiff, | ORDER ON |
| v. | REQUEST OF APPROVAL OF MOTION |
| | TO SUBSTITUTION OF COUNSEL |
| UNITED COLLECTIONS CORPORATION., | |
| Defendant. | |

**PROPOSED ORDER OF SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF**

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Motion to Substitution of Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

_____     _____
Judge                               Date

cc:   Mahadhi Corzano, Attorney for Plaintiff

*[Handwritten:]* Denied without prejudice pending consent of Plaintiff. See CCP 284

*[Signature]*