1  Mahadhi Corzano (SBN 254905)
   Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 401
2  Los Angeles, CA 90025
   Tel: 323-988-2400 x255
3  Fax: 866-583-3695
   mcorzano@consumerlawcenter.com
4
   Attorneys for Plaintiff, STEVEN MARQUISS
5

## UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARQUISS, | Case No.: 10-cv-02327-BZ |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE SCHEDULING CONFERENCE HEARING SCHEDULED FOR NOVEMBER 1, 2010 |
| vs. | |
| UNITED COLLECTIONS CORPORATION, | |
| Defendant. | |

Upon Good Cause Showing, it is hereby ordered that Mahadhi Corzano, counsel for Plaintiff STEVEN MARQUISS, shall appear telephonically at the Scheduling Conference Hearing scheduled for November 1, 2010 at 4:00 pm..  Plaintiff's counsel's telephone number is (323) 988-2400 Ext. 255.

```
Counsel shall contact CourtCall, telephonic
court appearances at 1-888-882-6878, and make
arrangements for the telephonic conference
call.  If defendant appears, plaintiff will not
be permitted to examine its witnesses.
```

IT IS SO ORDERED.

Date: October 27, 2010            By: [signature] Bernard Zimmerman

                                  Hon. United States District Court Judge

- 1 -

ORDER