UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN MARQUISS, | ) | |
| Plaintiff(s), | ) | No. C10-2327 BZ |
| v. | ) | |
| | ) | **ORDER CONTINUING CASE** |
| UNITED COLLECTIONS CORP., | ) | **MANAGEMENT CONFERENCE** |
| Defendant(s). | ) | |

In as much as the Clerk has entered the default of the sole defendant and plaintiff's motion for entry of default judgment is scheduled for December 1, 2010, at 10:00 a.m. the case management conference presently scheduled for Monday, November 1, 2010 at 4:00 p.m. is **continued** to **Wednesday, December 1, 2010 at 10:00 a.m.** to follow the hearing on plaintiff's motion for default judgment. At the December 1, 2010 hearing, plaintiff should be prepared to confirm that defendant was properly served, in as much as internet information discloses that United Collection Corporation is located at 22696 Main Street, Hayward, CA

///

1

1  94541, which is a different address than the one at which
2  plaintiff purports to have effected service.
3  Dated: October 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MARQUISS V. UNITED COLLECTIONS\ORDER CONTINUING CMC.wpd