Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, STEVEN MARQUISS

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN MARQUISS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED COLLECTIONS CORPORATION, <br><br> Defendant. | Case No.: 10-cv-02327-BZ <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE SCHEDULING CONFERENCE HEARING SCHEDULED FOR ~~NOVEMBER 1, 2010~~** <br> DECEMBER 1, 2010 |

IT IS HEREBY BY ORDERED:

~~Upon Good Cause Showing, it is hereby ordered~~ that Mahadhi Corzano, counsel for Plaintiff STEVEN MARQUISS, ~~shall~~ *may* appear telephonically at the Default Judgment Hearing scheduled for December 1, 2010 at 10:00 am.. Plaintiff's counsel's telephone number is (323) 988-2400 Ext. 255. He shall **shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call. If defendant appears, he will not be permitted to cross-examine by telephone.**

IT IS SO ORDERED.

Date:_ November 2, 2010      By:_ *[signature: Bernard Zimmerman]* _

Hon. United States District Court Judge

- 1 -

ORDER